Duration: _____
Proceeding via:  ☐ CourtCall  ☐ AT&T

DOCKET No. _____          DEFENDANT _____

AUSA _____       DEF.'S COUNSEL _____
                                          ☐ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                          ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST _____   ☐ VOL. SURR.
                                                        TIME OF ARREST _____   ☐ ON WRIT
☐ Other: _____          TIME OF PRESENTMENT _____

---

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB   ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

---

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**




---

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                  ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED       ☐ CONTROL DATE FOR REMOVAL: _____

---

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

**DATE:** _____            _____
                                            **UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016

# FINANCIAL AFFIDAVIT

SDNY CJA 23 (Rev. 1/12)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____   FOR _____   AT _____   LOCATION NUMBER _____

PERSON REPRESENTED (Show your full name): Jeanette Ravios

- 1 ☐ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Supervised Release Violator
- 5 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box→): 18 USC 664, 1341, 1344   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?   ☐ Yes   ☒ No   ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**INCOME & ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☒ Yes   ☐ No

IF YES, give the amount received and identify the sources:
- RECEIVED $ 10,356 — SOURCES: Social Security ret ($863 per month)
- $ 192 — SNAP ($16/month)
- $ 8,736 — unemployment ($168/wk)

CASH: Do you have any cash on hand or money in savings or checking accounts?   ☒ Yes   ☐ No   IF YES, total amount? $ _____

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No
IF YES, give value and description for each: ∅

**OBLIGATIONS & DEBTS**

DEPENDENTS — MARITAL STATUS: ☒ Widowed   Total No. of Dependents: _____
List persons you actually support and your relationship to them: 2 adult daughters

DEBTS & MONTHLY BILLS (Rent, utilities, loans, charge accounts, etc.):

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent (Section 8 pays balance) | | $ 240 |
| Cable bill | | $ about 100 |
| cell phone | | $ 50 |
| groceries/food | | $ 300–350 |
| Storage | | 202 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Jeanette Ramos
Date: 6/15/2021

Clay H. Kaminsky
FD/CJA/RET. ATTORNEY (PRINT)

ASSISTANT UNITED STATES ATTORNEY (PRINT)

☒ APPROVED   ☐ DENIED
SIGNATURE OF JUDICIAL OFFICER
DATE: June 15, 2021